UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KARSTEN KEELEN (#125690)
(a/k/a KARSTON KEELEN)

VERSUS

SGT. TOLLIVER, ET AL

CIVIL ACTION

NUMBER 11-2-BAJ-SCR

## RULING

Pro se plaintiff, an inmate at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against all personnel employed at Louisiana State Penitentiary. Plaintiff alleged that he was subjected to an excessive use of force, was denied adequate medical and mental health treatment, was subjected to unconstitutional conditions of confinement and was denied due process in violation of his constitutional rights.

Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 was denied because on three prior occasions during detention, the plaintiff brought an action that was dismissed as frivolous or for failure to state a claim upon which relief can be granted.[1]

---

[1] Section 1915(g) contains an exception that allows prisoners whose privileges have been revoked to proceed in forma pauperis in cases involving imminent danger of serious physical injury. Plaintiff's claims do not fall under the exception.

A review of the record showed that the plaintiff failed to pay the filing fee. Therefore, the plaintiff's § 1983 complaint shall be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 22, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA